**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ANTHONY TUCKER
ADC #98317                                                                                                    PETITIONER

VS.                                        5:06CV00318 JMM/JTR

GREG HARMON, Warden,
East Arkansas Regional Unit,
Arkansas Department of Correction                                                              RESPONDENT

**ORDER**

Petitioner, who is currently incarcerated at the East Arkansas Regional Unit of the Arkansas Department of Corrections ("ADC"), has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Docket entry #2.) On January 5, 2007, the Court denied Petitioner's pending Motion to Proceed *In Forma Pauperis* (docket entry #1) and instructed Petitioner that, in order to proceed with this action, he would have to pay the $5.00 filing fee on or before January 26, 2007. (Docket entry #3.)

On January 18, 2007, Petitioner filed an ADC "Inmate Trust Fund Account Personal Withdrawal Request," which appeared to request a check to cover the cost of his filing fee. (Docket entry #5.) However, the Clerk's office never received the filing fee. Therefore, on April 24, 2007, the Court entered an Order explaining that the filing fee had still not been received, and that Petitioner must pay the filing fee on or before May 14, 2007, in order to proceed with the action.

In both Orders, the Court specifically advised Petitioner that, if he failed to timely comply with the Order, his habeas action may be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.* As of the date of this Order, Petitioner has not paid the filing fee, despite being given

two opportunities to do so.

IT IS THEREFORE ORDERED THAT the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (docket entry #2) is DENIED, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 4th day of June, 2007.

                                                   /s/ James M. Moody
                                                 UNITED STATES DISTRICT JUDGE