IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY TUCKER
ADC #98317                                                                                          PETITIONER

VS.                                     5:06CV00318 JMM/JTR

GREG HARMON, Warden,
East Arkansas Regional Unit,
Arkansas Department of Correction                                               RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 4th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE